United States District Court
Southern District of Texas
**ENTERED**
August 06, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL WHEELER, SKYLER WUBBEN CHRIS CLARK, JOHN CAHALANE, THOMAS COX, JOSH DEMICHELE, CHRISTOPHER EDWARDS, JESSE GOODEN, TIM KINCAIDE, TONY LODATTO, JERRIMY MILLER, JASON HOLLIER, RONNIE MCPIKE, RYAN BOHNHERT, STEVEN SHUFF, EDDIE REYNA, AND LARRY SOZA <br><br>Plaintiffs,<br><br>v.<br><br>WCW, LLC F/K/A WILDCAT WIRELINE, LLC, AND KLX ENERGY SERVICES LLC,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:16-CV-01199 |

## AGREED ORDER DISMISSING WCW, LLC WITH PREJUDICE

On this day came on to be heard Plaintiffs' and WCW, LLC's Joint Motion to Dismiss with Prejudice. The Court having reviewed the Joint Motion is of the opinion that the Motion is meritorious and should be GRANTED. Therefore,

IT IS ORDERED, ADJUDGED, AND DECREED, that the claims against WCW, LLC are dismissed with prejudice to re-filing same, with the Plaintiffs reserving all of their rights against KLX Energy Services, LLC.

SIGNED this 3d day of August, 2018

United States District Judge