United States District Court
Southern District of Texas
**ENTERED**
December 06, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL WHEELER, SKYLER WUBBEN CHRIS CLARK, JOHN CAHALANE, THOMAS COX, JOSH DEMICHELE, CHRISTOPHER EDWARDS, JESSE GOODEN, TIM KINCAIDE, TONY LODATTO, JERRIMY MILLER, JASON HOLLIER, RONNIE MCPIKE, RYAN BOHNHERT, STEVEN SHUFF, EDDIE REYNA, AND LARRY SOZA<br><br>Plaintiffs,<br><br>v.<br><br>WCW, LLC F/K/A WILDCAT WIRELINE, LLC, AND KLX ENERGY SERVICES LLC,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:16-CV-01199 |

## AGREED ORDER DISMISSING WITH PREJUDICE

On this day came on to be heard Plaintiffs' and KLX Energy Services LLC's Joint Motion to Dismiss with Prejudice. The Court having reviewed the Joint Motion is of the opinion that the Motion is meritorious and should be GRANTED. Therefore,

IT IS ORDERED, ADJUDGED, AND DECREED, that the captioned matter be and is hereby dismissed with prejudice.

SIGNED this 5th day of December, 2018

_____
United States District Judge